## Commonwealth *v.* Lawrence, Appellant.

Submitted September 24, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Richard Peter Krill,* Public Defender, for appellant.

*W. Bertram Waychoff,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 23, 1974:
Order affirmed.